No. 40.   LIKEPA KEANU AND W. B. KEANU, HER HUSBAND, *v.* HATTIE KAMANOULU.   Appeal from Circuit Judge, Second Circuit.   Petition for Rehearing filed March 14, 1910.   Decided March 15, 1910.   Hartwell, C. J., Perry and De Bolt, JJ.   Per curiam:   The petition claims that the court ought to have passed upon the question of joint tenancy or tenancy in common under the deed to the defendant of May 16, 1903, from the plaintiff and her husband and two others, and that the co-grantors ought to have been made parties, and also that under the "established rules of evidence, law and equity which everywhere are applied" the allegations of fraud and bad intent on the part of the defendant are not supported by the evidence, which, as claimed, is "a mass of suppositions, conclusions without foundations to support them, and incompetent."   The court as well as the circuit judge was well satisfied by the evidence that the defendant had obtained her deed from her parents by fraud, a term which includes undue influence, misrepresentation and imposition in all its varied forms, drawing this inference without departure from any rules of law or common experience.   The relief to be granted under the decree is merely to reinstate the parties to their exact position with reference to each other at the time of and immediately prior to the execution and delivery of the plaintiffs' deed to the defendant.   This would in no way affect the rights of co-grantors

not joined as parties. The variance, if any, between the pleadings and the proof was immaterial. It was unnecessary to determine the extent of the plaintiffs' rights immediately prior to the execution of the instrument in question, for the relief granted is merely that the defendant reconvey all of the interest, whatever it was, which the plaintiffs had conveyed to her. Petition denied under the rules without argument.

*C. W. Ashford and A. N. Kepoikai* for plaintiffs.
*Atkinson & Quarles* for defendant.